HON. BENJAMIN H. SETTLE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| WASTE ACTION PROJECT, <br><br> Plaintiff, <br><br> v. <br><br> HAROLD LEMAY ENTERPRISES, INC., <br><br> Defendant. | Case No. 3:12-cv-05441-BHS <br><br> ORDER GRANTING THE PARTIES' STIPULATED MOTION FOR LEAVE TO FILE CROSS-MOTION FOR PARTIAL SUMMARY JUDGMENT, ESTABLISH BRIEFING SCHEDULE, AND REVISE EXPERT DISCOVERY DEADLINES |

Based upon the parties' stipulated motion, the Court finds that good cause has been shown for allowing Plaintiff WAP to file a cross-motion for summary judgment and granting the parties request to establish the following briefing schedule and page limits:

| Brief | Deadline | Page Limits |
|---|---|---|
| Defendant HLE's Partial Motion for Summary Judgment | July 18, 2013 (already filed) | 24 pages |
| Plaintiff WAP's Cross-Motion for Summary Judgment and Response to Defendant HLE's Partial Motion for Summary Judgment | August 15, 2013 | 36 pages |

[PROPOSED] ORDER GRANTING THE STIPULATED MOTION FOR LEAVE TO FILE CROSS-MOTION FOR PARTIAL SUMMARY JUDGMENT, ESTABLISH BRIEFING SCHEDULE AND REVISE EXPERT DISCOVERY DEADLINES - 1
No. 12-cv-05441-BHS

SMITH & LOWNEY, P.L.L.C.
2317 EAST JOHN STREET
SEATTLE, WASHINGTON 98112
(206) 860-2883

| Brief | Deadline | Page Limits |
|---|---|---|
| Defendant HLE's Response to Plaintiff WAP's Cross-Motion for Partial Summary Judgment and Reply in Support of Defendant's Motion for Partial Summary Judgment | September 13, 2013 | 24 pages |
| Plaintiff WAP's Reply in Support of Plaintiff's Motion for Partial Summary Judgment | September 24, 2013 | 12 pages |

Based upon the parties' stipulated motion, the Court finds that good cause has been shown for amending the expert discovery deadlines as follows:

| Event | Current Deadline | New Deadline |
|---|---|---|
| Disclosure of expert testimony under FRCP 26(a)(2) | August 28, 2013 | November 1, 2013 |
| Disclosure of rebuttal expert testimony under FRCP 26(a)(2) | September 26, 2013 | November 27, 2013 |
| Expert depositions | None | December 21, 2013 |
| All motions related to discovery must be FILED by | October 8, 2013 | Fact discovery = October 8, 2013<br><br>Expert Discovery = December 31, 2013 |
| Discovery COMPLETED by | November 5, 2013 | Fact discovery = November 5, 2013<br><br>Expert Discovery = January 18, 2014 |

[PROPOSED] ORDER GRANTING THE STIPULATED MOTION FOR LEAVE TO FILE CROSS-MOTION FOR PARTIAL SUMMARY JUDGMENT, ESTABLISH BRIEFING SCHEDULE AND REVISE EXPERT DISCOVERY DEADLINES - 2
No. 12-cv-05441-BHS

SMITH & LOWNEY, P.L.L.C.
2317 EAST JOHN STREET
SEATTLE, WASHINGTON 98112
(206) 860-2883

DATED this ___ day of _____, 2013.

HONORABLE BENJAMIN H. SETTLE
UNITED STATES DISTRICT JUDGE

Presented by:

**Counsel for Plaintiff Waste Action Project**

SMITH & LOWNEY, PLLC

By:  s/Elizabeth H. Zultoski
Elizabeth H. Zultoski, WBSA # 44988
Knoll Lowney WSBA # 23457
Attorneys for Plaintiff
2317 E. John St.
Seattle, WA 98112
Tel: (206) 860-2883
Fax: (206) 860-4187
E-mail: knoll@igc.org; elizabethz@igc.org

**Counsel for Defendant Harold LeMay Enterprises**

s/ Lily N. Chinn
Lily N. Chinn (admitted pro hac vice)
BEVERIDGE & DIAMOND, P.C.
456 Montgomery Street, Suite 1800
San Francisco, CA 94104-1251
415-262-4012
415-262-4040 (fax)
lchinn@bdlaw.com

Richard S. Davis (admitted pro hac vice)
BEVERIDGE & DIAMOND, P.C.
1350 I Street, N.W., Suite 700
Washington, DC  20005-3311
202-789-6000
202-789-6190 (fax)
rdavis@bdlaw.com

[PROPOSED] ORDER GRANTING THE
STIPULATED MOTION FOR LEAVE TO FILE
CROSS-MOTION FOR PARTIAL SUMMARY
JUDGMENT, ESTABLISH BRIEFING SCHEDULE
AND REVISE EXPERT DISCOVERY DEADLINES - 3
No. 12-cv-05441-BHS

SMITH & LOWNEY, P.L.L.C.
2317 East John Street
Seattle, Washington 98112
(206) 860-2883

1
2
3
4
5

Jeffrey C. Grant (State Bar No. 11046)
SKELLENGER BENDER, P.S.
Rainier Tower
1301 Fifth Avenue, Suite 3401
Seattle, WA 98101
206-623-6501
206-447-1973 (fax)
JGrant@skellengerbender.com

6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
29

[PROPOSED] ORDER GRANTING THE
STIPULATED MOTION FOR LEAVE TO FILE
CROSS-MOTION FOR PARTIAL SUMMARY
JUDGMENT, ESTABLISH BRIEFING SCHEDULE
AND REVISE EXPERT DISCOVERY DEADLINES -
4
No. 12-cv-05441-BHS

SMITH & LOWNEY, P.L.L.C.
2317 EAST JOHN STREET
SEATTLE, WASHINGTON 98112
(206) 860-2883