HON. BENJAMIN H. SETTLE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| WASTE ACTION PROJECT, <br><br> Plaintiff, <br><br> v. <br><br> HAROLD LEMAY ENTERPRISES, INC., <br><br> Defendant. | Case No. 3:12-cv-05441-BHS <br><br> ORDER GRANTING THE PARTIES' STIPULATED MOTION FOR LEAVE TO FILE CROSS-MOTION FOR PARTIAL SUMMARY JUDGMENT, ESTABLISH BRIEFING SCHEDULE, AND REVISE EXPERT DISCOVERY DEADLINES |

Based upon the parties' stipulated motion, the Court finds that good cause has been shown for allowing Plaintiff WAP to file a cross-motion for summary judgment and granting the parties request to establish the following briefing schedule and page limits:

| **Brief** | **Deadline** | **Page Limits** |
|---|---|---|
| Defendant HLE's Partial Motion for Summary Judgment | July 18, 2013 (already filed) | 24 pages |
| Plaintiff WAP's Cross-Motion for Summary Judgment and Response to Defendant HLE's Partial Motion for Summary Judgment | August 15, 2013 | 36 pages |

[PROPOSED] ORDER GRANTING THE
STIPULATED MOTION FOR LEAVE TO FILE
CROSS-MOTION FOR PARTIAL SUMMARY
JUDGMENT, ESTABLISH BRIEFING SCHEDULE
AND REVISE EXPERT DISCOVERY DEADLINES - 1
No. 12-cv-05441-BHS

SMITH & LOWNEY, P.L.L.C.
2317 EAST JOHN STREET
SEATTLE, WASHINGTON 98112
(206) 860-2883

| Brief | Deadline | Page Limits |
|---|---|---|
| Defendant HLE's Response to Plaintiff WAP's Cross-Motion for Partial Summary Judgment and Reply in Support of Defendant's Motion for Partial Summary Judgment | September 13, 2013 | 24 pages |
| Plaintiff WAP's Reply in Support of Plaintiff's Motion for Partial Summary Judgment | September 24, 2013 | 12 pages |

Based upon the parties' stipulated motion, the Court finds that good cause has been shown for amending the expert discovery deadlines as follows:

| Event | Current Deadline | New Deadline |
|---|---|---|
| Disclosure of expert testimony under FRCP 26(a)(2) | August 28, 2013 | November 1, 2013 |
| Disclosure of rebuttal expert testimony under FRCP 26(a)(2) | September 26, 2013 | November 27, 2013 |
| Expert depositions | None | December 21, 2013 |
| All motions related to discovery must be FILED by | October 8, 2013 | Fact discovery = October 8, 2013<br><br>Expert Discovery = December 31, 2013 |
| Discovery COMPLETED by | November 5, 2013 | Fact discovery = November 5, 2013<br><br>Expert Discovery = January 18, 2014 |

[PROPOSED] ORDER GRANTING THE STIPULATED MOTION FOR LEAVE TO FILE CROSS-MOTION FOR PARTIAL SUMMARY JUDGMENT, ESTABLISH BRIEFING SCHEDULE AND REVISE EXPERT DISCOVERY DEADLINES - 2
No. 12-cv-05441-BHS

SMITH & LOWNEY, P.L.L.C.
2317 EAST JOHN STREET
SEATTLE, WASHINGTON 98112
(206) 860-2883

1  DATED this 29 day of July, 2013.

2
3
4                                         _____
                                          HONORABLE BENJAMIN H. SETTLE
                                          UNITED STATES DISTRICT JUDGE
5
6  Presented by:

7       **Counsel for Plaintiff Waste Action Project**

8       SMITH & LOWNEY, PLLC

9       By: s/Elizabeth H. Zultoski
10          Elizabeth H. Zultoski, WBSA # 44988
        Knoll Lowney WSBA # 23457
11      Attorneys for Plaintiff
        2317 E. John St.
12      Seattle, WA 98112
        Tel: (206) 860-2883
13      Fax: (206) 860-4187
        E-mail: knoll@igc.org; elizabethz@igc.org
14
15      **Counsel for Defendant Harold LeMay Enterprises**
16
17      s/ Lily N. Chinn
        Lily N. Chinn (admitted pro hac vice)
18      BEVERIDGE & DIAMOND, P.C.
        456 Montgomery Street, Suite 1800
19      San Francisco, CA 94104-1251
        415-262-4012
20      415-262-4040 (fax)
21      lchinn@bdlaw.com

22      Richard S. Davis (admitted pro hac vice)
23      BEVERIDGE & DIAMOND, P.C.
        1350 I Street, N.W., Suite 700
24      Washington, DC  20005-3311
        202-789-6000
25      202-789-6190 (fax)
26      rdavis@bdlaw.com

27  [PROPOSED] ORDER GRANTING THE                    SMITH & LOWNEY, P.L.L.C.
    STIPULATED MOTION FOR LEAVE TO FILE                2317 EAST JOHN STREET
28  CROSS-MOTION FOR PARTIAL SUMMARY                SEATTLE, WASHINGTON 98112
    JUDGMENT, ESTABLISH BRIEFING SCHEDULE                  (206) 860-2883
29  AND REVISE EXPERT DISCOVERY DEADLINES -
    3
    No. 12-cv-05441-BHS

| | |
|---|---|
| 1 | Jeffrey C. Grant (State Bar No. 11046) |
| 2 | SKELLENGER BENDER, P.S. |
| 3 | Rainier Tower |
| | 1301 Fifth Avenue, Suite 3401 |
| 4 | Seattle, WA 98101 |
| | 206-623-6501 |
| 5 | 206-447-1973 (fax) |
| 6 | JGrant@skellengerbender.com |

27  [PROPOSED] ORDER GRANTING THE
28  STIPULATED MOTION FOR LEAVE TO FILE
    CROSS-MOTION FOR PARTIAL SUMMARY
29  JUDGMENT, ESTABLISH BRIEFING SCHEDULE
    AND REVISE EXPERT DISCOVERY DEADLINES - 4
    No. 12-cv-05441-BHS

SMITH & LOWNEY, P.L.L.C.
2317 EAST JOHN STREET
SEATTLE, WASHINGTON 98112
(206) 860-2883